May 14, 2010

Mr. Timothy Audrey Davis
Hidalgo Co. Crim. Asst. Dist. Atty.
100 N. Closner Blvd., Room 303
Edinburg, TX 78539-3563
Mr. Edward A. Mallett
Mallett & Saper, L.L.P.
600 Travis Street, Suite 1900
Houston, TX 77002

RE: Case Number: 08-0465
 Court of Appeals Number: 13-06-00158-CV
 Trial Court Number: C-1200-02-I

Style: THE STATE OF TEXAS
 v.
 $281,420.00 IN UNITED STATES CURRENCY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Laura Hinojosa|
| | |
| |Mr. Sean D. Jordan|